AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| LIN Jianmei<br>A# 028-776-564<br><br>*Plaintiff(s)*<br>v.<br>Michael Borgen,<br>Kristi Noem,<br>Pam Bondi,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:25-cv-5618<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Borgen    USCIS 26 Federal Plaza New York NY 10278

Kristi Noem       DHS 26 Federal Plaza New York NY 10278

Pam Bondi         USAG 950 Pennsylvania Ave. NW
                  Washington DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mo Q. Chin, Esq.
Law Office of Yee Ling Poon, LLC
9 Mott St. 4Fl
New York NY 10013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    7/10/2025                                           s/ G. Pisarczyk
                                                             *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-5618

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the summons on the following Defendants at their respective addresses by Certified Mail. Please see Defendants' names and addresses on previous page.
I also served the U.S. Attorney's Office at 86 Chambers St. New York NY 10007

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Mo Q. Chin, Esq.
*Printed name and title*

Law Office of Yee Ling Poon, LLC
9 Mott St. 4Fl
New York NY 10013
*Server's address*

Additional information regarding attempted service, etc: