UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIANMEI LIN,

    Petitioner,

v.

MICHAEL BORGEN, *et al.*,

    Respondents.

Case No. 25 Civ. 5618 (MMG)

**RETURN TO HABEAS PETITION**

    Under 28 U.S.C. § 2243, the government respectfully submits this Return, together with the accompanying Memorandum of Law in opposition to the Petition for Writ of Habeas Corpus ("Petition"), filed by petitioner Jianmei Lin (ECF No. 1), and the Declaration of Deportation Officer Jason Mascia dated July 15, 2025 (ECF No. 10). The attached documents are taken from Lin's administrative file, as maintained by and provided to this Office by U.S. Immigration and Customs Enforcement.

    1.    Exhibit A is a copy of the August 24, 1992, Order to Show Cause and Notice of Hearing filed with the Executive Office for Immigration Review.

    2.    Exhibit B is a copy of the October 6, 1994, Immigration Judge decision and order granting Lin voluntary departure.

    3.    Exhibit C is a copy of the April 1, 1996, Order of the Board of Immigration Appeals ("BIA") (1) dismissing Lin's appeal of the Immigration Judge's removal determination; (2) denying his asylum application; and (3) granting him voluntary departure.

    4.    Exhibit D is a copy of the Order of Supervision, dated August 4, 2010.

    5.    Exhibit E is a copy of the July 10, 2025, corrected Notice of Revocation of Release served on Lin.

6.  Exhibit F is Lin's Criminal History Record, dated July 12, 2025.

The facts contained in Exhibits A through F, the July 15, 2025, the Declaration of Deportation Officer Jason Mascia and the exhibits thereto, and the law set forth in the government's memorandum of law in opposition to the Petition, establish that Lin's detention is lawful.

WHEREFORE, the government respectfully requests that the Court enter judgment denying the Petition.

Dated: New York, New York
       July 15, 2025

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York
    *Attorney for Respondents*

By:  s/ Kamika S. Shaw
    KAMIKA S. SHAW
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone: (212) 637-2768
    E-mail: Kamika.shaw@usdoj.gov