**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JIANMEI LIN,

                        Petitioner,                    25 **CIVIL** 5618 (MMG)

       -against-                                **<u>JUDGMENT</u>**

MICHAEL BORGEN, in His Official Capacity as
USCIS Acting Field Office Director, et al.,

                        Respondents.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 30, 2025, the petitioner's motion pursuant to 28 U.S.C. § 2241 is denied; accordingly, the case is closed.

**DATED:**  New York, New York
              July 30, 2025

                                                             **TAMMI M. HELLWIG**
                                                              _____
                                                                   **Clerk of Court**

**BY:**                   _____
                                                                   **Deputy Clerk**